OPINION — AG — THE OKLAHOMA GROUP HEALTH LIFE INSURANCE BOARD MAY ADOPT RULES AND REGULATIONS RELATING TO INSURANCE COMPANIES FOR STATE EMPLOYEES MORE STRICT THAN THOSE PROVISIONS FOUND IN 36 O.S. OF THE OKLAHOMA STATUTES WHICH GOVERNS PRIVATE COMMERCIAL CARRIERS. CITE: 74 O.S. 1971 1301 [74-1301], 74 O.S. 1971 1302 [74-1302], 74 O.S. 1977 Supp., 1303 [74-1303](A), 74 O.S. 1977 Supp., 1303 [74-1303](B), 74 O.S. 1977 Supp., 1303 [74-1303](D), 74 O.S. 1977 Supp., 1304 [74-1304](A), 74 O.S. 1977 Supp., 1304 [74-1304](E), 74 O.S. 1977 Supp., 1306 [74-1306], 74 O.S. 1977 Supp., 1321 [74-1321], 74 O.S. 1977 Supp., 1306 [74-1306](3) (STEPHEN F. SHANBOUR) 74 O.S. 1306 [74-1306](A) ** SEE OPINION NO. 91-615 (1991)